UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ENRIQUE RIVERA, | ) Case No. EDCV 08-491-ODW(AJW) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| A. HEDGPETH, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: October 21, 2008

_____
Otis D. Wright II
United States District Judge